IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bishop Sr, Herbert | Case Number: 06 B 09660 |
|---|---|---|
| | Bishop, Carolyn | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 8/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,536.00 | |
| Secured: | | 12,780.51 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 755.49 |
| Other Funds: | | 0.00 |
| Totals: | 14,536.00 | 14,536.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 1,000.00 | 1,000.00 |
| 2. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 6. | Ford Motor Credit Corporation | Secured | 1,254.17 | 760.00 |
| 7. | Franklin Credit Management Corporation | Secured | 1,782.40 | 1,342.77 |
| 8. | Chase Home Finance | Secured | 14,173.59 | 10,677.74 |
| 9. | Richard P Komyatte & Assoc | Unsecured | 247.00 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 1,396.27 | 0.00 |
| 11. | Capital One | Unsecured | 1,856.26 | 0.00 |
| 12. | Paragon Way Inc | Unsecured | 72.00 | 0.00 |
| 13. | Richard P Komyatte & Assoc | Unsecured | 2,310.10 | 0.00 |
| 14. | Capital One | Unsecured | 745.57 | 0.00 |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 24,837.36 | $ 13,780.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 299.57 |
| 5.4% | 408.80 |
| 6.5% | 47.12 |
| | $ 755.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bishop Sr, Herbert<br>Bishop, Carolyn<br>Printed: 10/29/08 | Case Number:  06 B 09660<br>Judge:  Wedoff, Eugene R<br>Filed:  8/9/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

